1  BENJAMIN L. WEBSTER, Bar No. 132230
   BARBARA A. BLACKBURN, Bar No. 253731
2  LITTLER MENDELSON, P.C.
   500 Capitol Mall, Suite 2000
3  Sacramento, CA  95814
   Telephone:   916.830.7200
4  Fax No.:     916.561.0828

5  Attorneys for Defendant
   SCIENCE APPLICATIONS INTERNATIONAL
6  CORPORATION

7

8  ARKADY ITKIN, Bar No. 253194
   LAW OFFICE OF ARKADY ITKIN
   100 Pine Street, Suite 1250
9  San Francisco, CA 94111
   Telephone:   (415) 640-6765
10 Fax No.:     (415)508-3474

11 Attorney for Plaintiff
   OZZIEVELT SPIKES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| OZZIEVELT SPIKES,<br><br>                   Plaintiff,<br><br>         v.<br><br>SAIC, INC., dba DELAWARE SAIC, INC., and DOES 1-50, inclusive,<br><br>                   Defendants. | Case No.  2:13-CV-00333-WBS-AC<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER** |
|---|---|

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200

Firmwide:126777361.1 073754.1003                                                   2:13-CV-00333-WBS-AC

STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff OZZIEVELT SPIKES and counsel for Defendant SCIENCE APPLICATIONS INTERNATIONAL CORPORATION, sued erroneously herein as SAIC, INC. dba DELAWARE SAIC, INC., that pursuant to Federal Rule of Civil Procedure 41(a)(1), the above captioned action be and hereby is dismissed with prejudice in its entirety as to all claims and with respect to all parties, with each part to bear its or his own costs and attorneys' fees.

Dated: May 1, 2014

/s/ *Barbara A. Blackburn*
BENJAMIN L. WEBSTER
BARBARA A. BLACKBURN
LITTLER MENDELSON, P.C.
Attorneys for Defendant
SCIENCE APPLICATIONS
INTERNATIONAL CORPORATION

Dated: May 1, 2014

/s/ *Arkady Itkin (approved on 05/01/14*)
ARKADY ITKIN
LAW OFFICE OF ARKADY ITKIN
Attorney for Plaintiff
OZZIEVELT SPIKES

**IT IS SO ORDERED:**

Dated: May 1, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

Firmwide:126777361.1 073754.1003   2.   2:13-CV-00333-WBS-AC
STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER